Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

REIGN OWENS,

Defendant.

No. 2:26-cr-00129-RAJ

ORDER GRANTING DEFENDANT OWENS' UNOPPOSED MOTION TO AMEND APPEARANCE BOND

Defendant Reign Owens moves the Court for an Order amending her July 31, 2026 Appearance Bond (Dkt. 10) by replacing the home detention component of her location monitoring with curfew. The Government and Pretrial Services advise that they do not oppose this change. The Court **GRANTS** the motion, Dkt. 36, for the reasons stated in the motion and Defendant's Appeerance Bond is modified to **REMOVE** the following condition:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

and to **ADD** the following condition:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

All other conditions of the Appearance Bond shall remain in full force and effect.

DATED this 6th day of November, 2026.

The Honorable Richard A. Jones
United States District Judge